# STATEMENT OF FACTS

I, the affiant, Kenneth R. Frost, have been a law enforcement officer for over 12 years with the Metro Transit Police. For the past eight years, I have served as a detective, investigating many cases involving a variety of serious major crimes, in the Washington, D.C., metropolitan areas, including the District of Columbia, Maryland and Virginia.

On February 23, 2015, at approximately 0755 hours, the Metro Transit Police were notified that a suspicious package was reported at the L'Enfant metro station, located at 600 Maryland Ave, SW, Washington, DC. Several minutes later, another report was made for a suspicious package at the Gallery Place metro station, located at 625 7th St, NW, Washington, DC. Law enforcement, including Metro Transit officers and detectives, Joint Terrorism Task Force officers, Hazmat/bomb specialists and crime scene officers, responded to both scenes.

At L'Enfant metro station, a plastic container was found that was filled with various items in a plastic bag. On top of the items was a hand written note, stating: "This is 4 the Police SRT," with several crosses drawn. Also found nearby were hand written notes on poster board and paper, stating, among other things, "diease," "FBI," "Police" and "DEA." Further investigation determined that the items in the plastic bag were old food and a salt container. At the Gallery Place metro station, similar hand written notes were placed by another plastic container, which contained some white powder on the bottom and several open plastic bottles which appeared to also contain various powders. A hand written sign on poster board was also placed beside the container stating, "FUCK with police, FBI, DEA, ATF, American Court System, 4 3rd World Country." X-rays and chemical analysis of the packages and powders tested negative for toxic compounds.

As a result of this law enforcement investigation, the Metro system was disrupted for over two hours.

Further investigation showed that the signs placed with the containers appeared to be written by the same person at the two metro stations, due to the form and style of the writing. A review of Metro Transit DVR video footage showed an individual at the L'Enfant metro station, at approximately 0726 hours on February 23, 2015, carrying a large blue bag and holding a poster and a large white plastic bag. Other Metro Transit DVR footage showed the same person at approximately 0744 hours, at the Gallery Place metro station, carrying the same blue bag and writing on a poster. Pictures of the suspect from that DVR video footage were emailed to officers involved in the case.

On February 24, 2015, a BOLO (look-out) was issued at approximately 0950 hours to local agencies, and subsequent investigation involved officers showing several photos of the suspect from the previous day at both metros. At approximately 1044 hours, an individual was observed at the Gallery Place metro station, matching the description and photos issued. Metro Transit police then stopped and identified the suspect as Marcus ROBERTSON. ROBERTSON had the same large blue bag and another poster with the same handwriting in his possession. During a check for weapons in his possession, law enforcement found a large razor sharp six (6) bladed STAR under his hat. ROBERTSON was then arrested and transported to Metropolitan Police Department's First District for processing.

At the First District, ROBERTSON waived his rights, was interviewed on videotape and confessed to writing the cards and placing some of the items recovered at the L'Enfant metro station on Monday, February 23, referenced above. ROBERTSON also said that he did not like

the police. He further admitted to placing powered substances at metro, stating they were spices. ROBERTSON stated that he could not remember if he was at Gallery Place metro station on the morning of February 23.

A search of the defendant also revealed a document in his wallet, depicting an ISIS terrorist standing beside a hostage in an orange jump suit.

Your affiant asserts that the facts contained within this affidavit establish probable cause to believe the defendant, Marcus ROBERTSON, is guilty of violating the laws of the United States, specifically 18 United States Code, Section 1038(a)(1). Therefore, in light of the circumstances and the evidence adduced from this investigation, your affiant respectfully requests a Complaint issue for ROBERTSON, charging him with offense.

_____
**KENNETH R. FROST, DETECTIVE**
**METRO TRANSIT POLICE**

Sworn and subscribed to before me this _____ day of FEBRUARY, 2015.

_____
United States Magistrate Judge

3